IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| *In re* | : | |
| | : | Chapter 13 |
| STEPHEN WESLEY BEAM | : | |
| MELISSA COPELAND BEAM, | : | |
| | : | Case No. 10-12184-WHD |
| Debtors, | : | |
| | : | |
| | : | |

## AMENDED NOTICE OF SUBSTITUTION OF COUNSEL

Creditor, CertusBank, N.A. hereby amends the Notice of Substitution of Counsel it filed on May 7, 2012, to show the following. CertusBank, N.A. has retained David J. Marmins, of the law firm of Arnall Golden Gregory LLP as its counsel. Walter E. Jones and Natalie M.C. Beasman will no longer be associated with CertusBank, N.A. in this matter. Substitute counsel's address, phone number and bar number are as follows:

David J. Marmins, Esq.
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031
404.873.8126
David.Marmins@AGG.com
Georgia Bar No. 470630

All further pleadings, orders and notices should be sent to substitute counsel.

Respectfully submitted, this 9th day of May, 2012.

| | |
|---|---|
| s/ Walter E. Jones | s/ David J. Marmins |
| WALTER E. JONES | DAVID J. MARMINS |
| Georgia Bar. No. 163287 | Georgia Bar No. 470630 |
| **BALCH & BINGHAM, LLP** | **ARNALL GOLDEN GREGORY LLP** |
| 30 Ivan Allen, Jr. Blvd., N.W., Suite 700 | 171 17TH Street, N.W. |
| Atlanta, Georgia 30308 | Suite 2100 |
| (404) 962-3540 Telephone | Atlanta, GA 30363-1031 |
| (866) 849-8952 Facsimile | 404-873-8126 Telephone |
| Wjones@balch.com | David.Marmins@AGG.com |

## CERTIFICATE OF SERVICE

The attorney whose name appears below provides notice of serving Debtors with a copy of the foregoing **AMENDED NOTICE OF SUBSTITUTION OF COUNSEL** by depositing a copy in the United States mail, first class prepaid, addressed as follows:

Stephen Wesley Beam
Melissa Copeland Beam
315 Hidden Lakes Drive
Carrollton, Georgia  30116

John T. Dufour
Van Pelt & Dufour
527 Newnan Street
Carrollton, Georgia  30117

Adam M. Goodman, Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, Georgia  30303

David J. Marmins, Esq.
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031

This 9th day of May, 2012.

s/ Walter E. Jones
WALTER E. JONES.
Georgia Bar No.  163287

BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd, N.W.
Suite 700
Atlanta, GA 30308
(404) 962-3540